# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER LAYNE PARK,**<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| **THE COUNTY OF CHESTER AND D. EDWARD MCFADDEN,**<br>    Defendants. | NO. 18-718 |

## O R D E R

**AND NOW**, this 11th day of June, 2018, upon consideration of Defendants' Motion to Dismiss and Motion to Strike (ECF Nos. 13 and 14) and Plaintiff's Response in Opposition Thereto (ECF Nos. 18 and 19); and Defendants' Reply (ECF No. 21), Defendants' motion is **GRANTED** as follows:

1. Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**; and

2. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim under the Pennsylvania Constitution and it is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **CLOSE** this case.

> **BY THE COURT:**
>
> **/S/WENDY BEETLESTONE, J.**
>
> _____
> **WENDY BEETLESTONE, J.**